| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>) | |
| vs. | )<br>) | ORDER TO SEAL |
| DAQUANE M. SMALL,<br>Defendant. | )<br>)<br>) | |

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's Sentencing Memorandum in the above captioned matter, be sealed until such time as requested to be unsealed by the Defendant.

This the __16__ day of __April__, 2016.

_____
JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NORTH CAROLINA